UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BARBARA DAVIS,

        Plaintiff,

  -against-

THE NEWSGUILD OF NEW YORK LOCAL 31003, TNG/CWA, AFL-CIO; and LOCAL REPRESENTATIVES GUILD.

        Defendants.

------------------------------------------------------X

**NOTICE OF DISMISSAL**

23-CV-07606

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Barbara Davis hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: November 30, 2023

                                            GILES LAW FIRM LLC
                                            Attorneys for Plaintiffs

                                            *Joshua Parkhurst*

                                            Joshua Parkhurst
                                            85 Broad Street, 17th Floor
                                            New York, NY 10004
                                            (201) 577-2644
                                            jparkhurst@gileslawfirmllc.com